No. 517. HUB CONSTRUCTION COMPANY, PETITIONER, *v.* NATHANIEL W. HOBBS, TRUSTEE. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas G. Frost* for petitioner. *Mr. Edwin G. Eastman* for respondent.

No. 587. THE CITY OF NEWBURYPORT, PETITIONER, *v.* CITIZENS' SAVINGS BANK. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William R. Harr* for petitioner. *Mr. Edward F. McClennan* for respondent.

No. 596. WM. G. HUEY ET AL., PETITIONERS, *v.* ARTHUR K. BROWN, SURVIVING RECEIVER, ETC. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel W. Pennypacker* for petitioners. *Mr. Charles H. Burr, Mr. Reynolds D. Brown* and *Mr. Malcolm Lloyd, Jr.,* for respondent.